PER 18 U.S.C. 3170

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ INFORMATION  ☑ INDICTMENT

CASE NO. 2:12-cr-463-JCM-VCF

Matter Sealed: ☐ Juvenile  ☑ Other than Juvenile
☐ Pre-Indictment Plea  ☑ Superseding  ☐ Defendant Added
☐ Superseding Indictment  ☐ Charges/Counts Added
☐ Information

USA vs.
Defendant: DENISE ALLISON WILLIAMS

Address:
c/o Gabriel L. Grasso, Esq.
9525 Hillwood Drive
Suite 190
Las Vegas, NV 89134

Name of District Court, and/or Judge/Magistrate Location (City)
UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
Las Vegas
Divisional Office

FILED / ENTERED    RECEIVED / SERVED ON
COUNSEL/PARTIES OF RECORD
MAY 2 -
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:                    DEPUTY

Name and Office of Person Furnishing Information on THIS FORM: Ellenrose Jarmolowich
☐ U.S. Atty  ☐ Other U.S. Agency
Phone No. (702) 388-6336

Name of Asst. U.S. Attorney (if assigned): J. GREGORY DAMM

☐ Interpreter Required  Dialect: _____
Birth Date: _____
☐ Male  ☐ Alien (if applicable)
☑ Female

| PROCEEDING |
|---|

Name of Complainant Agency, or Person (& Title, if any)
James Buck - Dept. of Labor

Social Security Number _____

☐ person is awaiting trial in another Federal or State Court (give name of court)

| DEFENDANT |
|---|

Issue: ☐ Warrant  ☑ Summons

Location Status:
Arrest Date _____ or Date Transferred to Federal Custody _____

☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ Currently in Federal Custody
☐ Currently in State Custody
  ☐ Writ Required
☐ Currently on bond
☐ Fugitive

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Atty  ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant. (Notice of Related Case must still be filed with the Clerk.)

MAG. JUDGE CASE NO.

Defense Counsel (if any): Gabriel L. Grasso, Esq.

☐ FPD  ☑ CJA  ☐ RET'D
☐ Appointed on Target Letter

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

Place of offense _____ County _____

☐ This report amends AO 257 previously submitted

| OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS |
|---|

Total # of Counts  34

| Set | Title & Section/Offense Level (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Count(s) |
|---|---|---|---|
| 4 | 18/641 | Theft of Government Money | 4 |
| 4 | 18/911 | False Citizenship Claim | 6 |
| 4 | 18/1349 | Conspiracy | 9 |
| 4 | 18/1341 | Mail Fraud | 10 - 23 |