FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

MAY 20 2014

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____DEPUTY

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| IN THE MATTER OF THE PARTIAL REPORTS OF THE SPECIAL GRAND JURY THE **May 22, 2013** TERM. **13-02** | **MINUTES OF COURT** <br> DATE: May 20, 2014 @ 11:35 AM –11:37 AM |

PRESENT:   The Honorable   Nancy J. Koppe   , U.S. Magistrate Judge.

DEPUTY CLERK:   Henry Enriquez        REPORTER:   Glorious Feeling

UNITED STATES ATTORNEY:   Sean Jones        COURTROOM:   3B

A roll call of the Grand Jury is taken with **23** members present for deliberations which constituted a quorum. The foreperson of the Grand Jury presented its partial report and indictments.

On the motion of the United States Attorney, **IT IS ORDERED** that the said report and indictments be filed. There are **0** SEALED indictment(s).

On the motion of the United States Attorney, **IT IS ORDERED** that the terms of release as to each defendant are fixed as indicated and that Bench Warrants issue where indicated.

| | | |
|---|---|---|
| 2:12-CR-463-JCM-VCF<br>THIRD SUPERSEDING<br>Trial set for: 6/2/14 | **FREDERICK VERNON WILLIAMS**<br>**DENISE ALLISON WILLIAMS**<br>**JACQUELINE LOUISA GENTLE and**<br>**CAROLYN SHELMADINE WILLIS-CASEY**<br><br>**LOCAL FEDERAL CUSTODY** | **SUMMONS** |
| 2:13-CR-175 | **DONALD HOWARD PARKER**<br>(STATE CUSTODY - CCDC – WRIT FILED) | **WARRANT** |
| 2:13-CR-176 | **JOHNNY LEE BASS**<br>(STATE CUSTODY - CCDC – WRIT FILED) | **WARRANT** |

**IT IS ORDERED** that the Initial Appearance/Arraignment & Plea as to: **2:14-CR-175 & 2:14-CR-176** will be held on **Thursday, May 29, 2014 @ 3:00 pm** before **MAGISTRATE JUDGE GEORGE W. FOLEY in Courtroom 3A**.

**IT IS ORDERED** that the Arraignment & Plea as to: **2:12-CR-463** will be held on **Wednesday, May 28, 2014 @ 3:00 pm** before **MAGISTRATE JUDGE GEORGE W. FOLEY   in Courtroom 3A.**

**IT IS FURTHER ORDERED** that the Arraignment and Plea as to the remaining cases will be held at the time of the Initial Appearance.

LANCE S. WILSON, Clerk
United States District Court

/S/ Henry Enriquez
_____

Deputy Clerk