# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | 2:12-CR-463 JCM (VCF) |
|---|---|
| Plaintiff(s), | |
| v. | |
| FREDERICK V. WILLIAMS, et al., | |
| Defendant(s). | |

**ORDER**

Presently before the court is defendant Denise Allison Williams' motion for joinder. (Doc. # 291). Ms. Williams seeks to join in a motion to continue the trial date filed by co-defendant Jacqueline Louisa Gentle (doc. # 287) which this court has granted (doc. # 292).

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that Denise Allison Williams' motion for joinder (doc. # 291) be, and the same hereby is, GRANTED upon the same terms as set forth in the order (doc. # 292).

DATED July 25, 2014.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**