**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

        Plaintiff(s),

v.

FREDERICK V. WILLIAMS, et al.,

        Defendant(s).

2:12-CR-463 JCM (VCF)

**ORDER**

Presently before the court is defendant Denise Allison Williams' motion for joinder.  (Doc. # 291).  Ms. Williams seeks to join in a motion to continue the trial date filed by co-defendant Jacqueline Louisa Gentle (doc. # 287) which this court has granted (doc. # 292).

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that Denise Allison Williams' motion for joinder (doc. # 291) be, and the same hereby is, GRANTED upon the same terms as set forth in the order (doc. # 292).

DATED July 25, 2014.

_____
**UNITED STATES DISTRICT JUDGE**

**James C. Mahan**
**U.S. District Judge**