**GABRIEL L. GRASSO, ESQ.**
State Bar Number 7358
9525 Hillwood Dr., Suite 190
Las Vegas, Nevada 89134
Tel: (702) 868-8866
Fax: (702) 868-5778

**Attorney for WILLIAMS**

## UNITED STATES DISTRICT COURT

## IN AND FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> DENISE WILLIAMS, ) <br> ) <br> Defendant. ) <br> _____ ) | Case No.: 2:12-cr-00463-JCM-VCF <br><br> **STIPULATION FOR PERMISSION TO TRAVEL** |

IT IS HEREBY STIPULATED AND AGREED, by and between Daniel G. Bogden, United States Attorney, and Gregory Damm, Assistant United States Attorney, counsel for the United States of America, and Gabriel L. Grasso, Esq., counsel for defendant, DENISE WILLIAMS (WILLIAMS), that the defendant shall be granted permission to travel to Nevada Southern Detention Center.

This stipulation is entered into for the following reasons:

1. On November 14, 2013, this Court held an Initial Arraignment wherein WILLIAMS appeared in custody and was subsequently released on personal recognizance bond with supervision and conditions. One of the conditions is no travel outside of Clark County.

2. Pretrial Services does not object to the travel.

3. Defendant has been fully compliant and has never had an issue with her pretrial supervision.

4. Defendant's supervising officer, Zack Bowen, does not object to this travel request.

5. This is the first request for travel filed herein.

6. Defendant requests the Court's permission for continuous and reasonable travel to Nevada Southern Detention Center, located in Nye County, to visit her husband, Frederick Williams, currently in custody. Specific dates will be provided to and approved by Pretrial Services.

DATED this 25th day of August, 2014.

By: /s/ Gregory Damm  
GREGORY DAMM,  
Assistant United States Attorney

By: /s/ Gabriel L. Grasso  
GABRIEL L. GRASSO, Esq.  
Counsel for Denise Allison Williams

GABRIEL L. GRASSO, ESQ.
State Bar Number 7358
9525 Hillwood Dr., Suite 190
Las Vegas, Nevada 89134
Tel: (702) 868-8866
Fax: (702) 868-5778

Attorney for WILLIAMS

**UNITED STATES DISTRICT COURT**

**IN AND FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> DENISE WILLIAMS, ) <br> ) <br> Defendant. ) <br> _____) | Case No.: 2:12-cr-00463-JCM-VCF <br><br> **ORDER FOR PERMISSION TO TRAVEL** |

**IT IS HEREBY ORDERED** that the Defendant shall have permission for continuous and reasonable travel to Nevada Southern Detention Center, located at 2190 E. Mesquite Ave, Pahrump, NV 89060.

**IT IS FURTHER ORDERED** that the Defendant shall provide all travel information to her supervising officer, and check-in as directed.

DATED this _____ day of _____, 2014.

_____
UNITED STATES DISTRICT JUDGE