# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>DENISE WILLIAMS,<br><br>　　　　　Defendant. | 2:12-cr-00463-JCM-VCF<br><br>**ORDER** |

　　　　Before the court is *United States of America v. Denise Williams*, case no. 2:12-cr-00463-JCM-VCF.

　　　　IT IS HEREBY ORDERED that the competency hearing of Denise Williams is scheduled for 10:00 a.m., December 22, 2014, in courtroom 3D.

　　　　DATED this 12th day of December, 2014.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　CAM FERENBACH
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE