GABRIEL L. GRASSO, ESQ.
State Bar Number 7358
9525 Hillwood Dr., Suite 190
Las Vegas, Nevada 89134
Tel: (702) 868-8866
Fax: (702) 868-5778

Attorney for WILLIAMS

UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| | ) | Case No.: 2:12-cr-00463-JCM-VCF |
| vs. | ) | |
| | ) | STIPULATION TO CONTINUE |
| DENISE WILLIAMS, | ) | COMPETENCY HEARING |
| | ) | |
| Defendant. | ) | |

**IT IS HEREBY ORDERED** that the competency hearing currently scheduled for December 22, 2014, at the hour of 10:00 a.m., be vacated and continued to January 9, 2015 at the hour of 11:00 a.m., in courtroom 3D.

DATED this 12th day of December, 2014.

_____
UNITED STATES MAGISTRATE JUDGE