# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>vs.<br><br>DENISE WILLIAMS,<br><br>            Defendant. | 2:12-cr-00463-JCM-VCF<br><br>**ORDER** |

Before the court is *United States of America v. Denise Williams*, case no. 2:12-cr-00463-JCM-VCF.

IT IS HEREBY ORDERED that the competency hearing of Denise Williams and the hearing on the government's sealed motion for psychiatric or psychological examination and report (#384) scheduled for 11:00 a.m., January 9, 2015 are VACATED and rescheduled for 3:00 p.m., January 20, 2015, in courtroom 3D.

IT IS FURTHER ORDERED that any opposition to the motion for psychiatric or psychological examination and report (#384) is due on or before January 13, 2015.

DATED this 7th day of January, 2015.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE