**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA,  <br>     Plaintiff,  <br>vs.  <br>DENISE WILLIAMS,  <br>     Defendant. | 2:12-cr-00463-JCM-VCF  <br>**ORDER** |

Before the court is *United States of America v. Denise Williams*, case no. 2:12-cr-00463-JCM-VCF.

IT IS HEREBY ORDERED that a status hearing is scheduled for 2:00 p.m., April 24, 2015, in courtroom 3D.

DATED this 14th day of April, 2015.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE