# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>vs.<br><br>DENISE WILLIAMS,<br><br>          Defendant. | 2:12-cr-00463-JCM-VCF<br>**<u>ORDER</u>** |

Before the court is the Motion for Defense Attorney to Appear Telephonically (#472).

IT IS HEREBY ORDERED that the Motion for Defense Attorney to Appear Telephonically (#472) is GRANTED.

Mr. Gabriel Grasso may appear telephonically. The call in telephone number is (702) 868-4911, access code: 123456. The call must be made five minutes prior to the hearing time. The court will join the call and convene the proceedings. The call must be made on a land line. The use of a cell phone or speaker phone during the proceedings is prohibited.

DATED this 23rd day of April, 2015.

_____

CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE