**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

**\*\*\***

UNITED STATES OF AMERICA,

           Plaintiff,                     2:12-cr-00463-JCM-VCF

vs.                                  **ORDER**

DENISE WILLIAMS,

           Defendant.

Before the court is *United States of America v. Denise Williams*, case no. 2:12-cr-00463-JCM-VCF.

IT IS HEREBY ORDERED that a competency hearing scheduled for 9:00 a.m., May 5, 2015 is rescheduled to 10:00 a.m., May 5, 2015, in courtroom 3D.

DATED this 30th day of April, 2015.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE