UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                                            )<br>                   Plaintiff,                       )<br>                                                            )<br>vs.                                                       )<br>                                                            )<br>DENISE ALLISON WILLIAMS,        )<br>                                                            )<br>                   Defendants.                 )<br>_____)  | Case No.  2:12-cr-00463-JCM-VCF<br><br>**ORDER** |

This matter is before the Government's Motion to Modify Pretrial Release Conditions (ECF No. 591), filed on September 29, 2015.  Defendant Denise Williams filed a response (ECF No. 596) stating that she does not oppose the motion.

The Government moves for Defendant Williams to be released from the condition of her pretrial release requiring her to surrender her passport to Pretrial Services.  According to the Government, Defendant Williams was not able to comply with this release condition because her passport was seized by the United States in December of 2012 pursuant to a search warrant issued by this Court.  The Government further states that the passport remains in the custody of the United States Attorney's Office as an item of evidence pending trial in this matter.

Given that the passport is not in Defendant Williams' possession, the Court finds that Defendant Williams is not able to comply with the pretrial release condition requiring her to surrender her passport.  The Court therefore will order that Defendant Williams be released from this condition of her Conditions of Release.

IT IS THEREFORE ORDERED that the Government's Motion to Modify Pretrial Release Conditions (ECF No. 591) is GRANTED as to Defendant Denise Allison Williams.

DATED: October 22, 2015.

_____
C.W. Hoffman, Jr.
United States Magistrate Judge